# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LARY FEEZOR, | CASE NO: 08-CV-2169 W (CAB) |
|---|---|
| Plaintiff, | **ORDER EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING** |
| v. | |
| COASTLINE FOOD SERVICES CORPORATION dba WENDY'S #11;, et al, | |
| Defendants. | |

Pending before the Court is the parties' joint motion for an extension of time for Defendant Coastline Food Services Corporation dba Wendy's #11 to file its responsive pleading. Good cause appearing, the Court **GRANTS** the joint motion (Doc. No. 3). Defendant shall file the responsive pleading by **January 6, 2009.**

**IT IS SO ORDERED.**

DATED: December 12, 2008

_____
Hon. Thomas J. Whelan
United States District Judge